UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
NOV - 8 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Bart N. Velarde,        )
                        )
    Plaintiff,          )
                        )
v.                      )   Civil Action No.  10 1921
                        )
President Barack Obama, )
                        )
    Defendant.          )

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that the motion to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that pursuant to 28 U.S.C. § 1915(e), this case is DISMISSED with prejudice as frivolous.

/s/ Rosemary M. Collyer
United States District Judge

Date: November 5, 2010